In The United States District Court
Southern District of Mississippi
Jackson Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 27 2012
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Vicki L. Chaney Gooden
    Plaintiff

VS.                                          Civil Action No. 3:12CV798 CWR-FKB

Jackson Public Schools
Board of Trustees
    Defendants

## Complaint

COMES NOW, plaintiff, Vicki L. Chaney Gooden, pro se, and for cause of action against the defendants Jackson Public Schools Board of Trustees, would state:

### JURISDICTION

The said school district has failed to hire or rehire plaintiff due to Retaliation of plaintiff filing a grievance with the district and a complaint with the EEOC. Civil Action Law 1964 42 U.S.C. 2000e

I.

Plaintiff is an adult resident citizen of the County of Hinds, State of Mississippi.

The defendant Jackson Public Schools Board of Trustees is an adult resident citizen of the County of Hinds, State of Mississippi.

## FACTS

The defendants contacted plaintiff about a counselor position at a high school via email. Plaintiff responded as requested in email by stating interests but would continue prior efforts. The defendants hired someone else months later. The position did not post to the system or to the public. The previous employee died suddenly and the position was offered.

## RELIEF

The plaintiff requests the maximum amount since unknown: $400,000.00 which includes but not limited to: inconvenience of time
hardship
wrongful termination
blackballing future employment

Respectfully submitted, this 27th day of November, 2012.

Vicki L. Chaney Gooden
3071 Suncrest Dr.
Jackson, MS 39212
601-371-7389
Vchane@aol.com